**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000363
14-JUN-2017
08:28 AM**

NO. CAAP-17-0000363

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE
FRANKLIN T. OPPERMAN REVOCABLE LIVING TRUST
DATED DECEMBER 1, 1982, AS AMENDED AND RESTATED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 1-1-0035)

ORDER APPROVING WITH PREJUDICE THE
JUNE 2, 2017 STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, and Leonard and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal With Prejudice," filed June 2, 2017, by Beneficiary-Appellant Barbara O. Opperman, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, June 14, 2017.

Presiding Judge

Associate Judge

Associate Judge